UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ROBERT WHEELER | * | CIVIL ACTION |
| VERSUS | * | NO. |
| TRANSOCEAN OFFSHORE USA, INC., SCHLUMBERGER TECHNOLOGY CORPORATION, AND FREEPORT-MCMORAN EXPLORATION & PRODUCTION, INC. | * | SECT." "; MAG.- |

**COMPLAINT**

The Complaint of Robert Wheeler, a person of the full age of majority and resident of the County of Madison, State of Mississippi, with respect represents:

I.

The jurisdiction of this court is invoked under the Jones Act, 46 U.S.C. § 688 and 28 U.S.C. §1333(1), commonly known as the "Saving to Suitor's Clause", with surrogate application of the General Maritime Law.

II.

Made defendant herein is Transocean Offshore USA, Inc. (Transocean), a foreign corporation domiciled in the State of Delaware, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

III.

Made defendant herein is Freeport McMoRan Exploration & Production, LLC, (Freeport) a foreign limited liability company, domiciled in the State of Delaware, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

IV.

Made defendant herein is Schlumberger Technology Corporation (Schlumberger), a foreign corporation domiciled in the State of Delaware, doing business in the Eastern District of Louisiana and capable of being sued in the Eastern District of Louisiana.

V.

Defendants are justly and truly indebted unto complainant, jointly and *in solido* in a full and true sum which will sufficiently compensate him for his injuries, both together with legal interest thereon from the date of injury, and all costs of these proceedings, and for the following to wit:

VI.

On or about July 7, 2014, complainant was employed by defendant, Schlumberger, as a seaman as defined in the Jones Act.

VII.

Complainant, Robert Wheeler was a member of the crew of the Deepwater Champion, a vessel under the Jones Act.

VIII.

On the stated date the Deepwater Champion was a drill ship vessel in navigation, and was owned and operated by defendant, Transocean.

IX.

On the stated date the Deepwater Champion was a drill ship vessel in navigation, and was performing mining operations for defendant Freeport.

X.

Complainant Robert Wheeler was assigned to the stated Deepwater Champion in such a manner as to contribute to the overall intended purpose of that vessel, and his connection to that vessel was substantial in both duration and nature.

XI.

On the foregoing date, complainant, Robert Wheeler, suffered injury to his body and mind when he slipped and fell in the shower of the vessel M/V Deepwater Champion resulting in his injury.

XII.

The accident complained of was a result of negligence attributable to the defendants, Transocean, Freeport, and Schlumberger.

XIII.

Alternatively and/or concurrently the accident complained of was the result of the unseaworthiness of the vessel Deepwater Champion.

XIV.

As a result of the negligence of the defendants, Transocean, Freeport, and Schlumberger, and/or the unseaworthiness of the vessel Deepwater Champion, complainant has sustained severe and permanent personal injury to his body and mind, causing great pain and suffering, which prevents him from pursuing his usual occupation, all to his damage in the amount of THREE and ONE HALF MILLION AND NO/100 ($3,500,000.00) DOLLARS, in actual damages.

XV.

Complainant, Robert Wheeler, is entitled to recover from defendants, actual damages, in the amount stated above for past and future lost wages; past and future medical expenses; past and future lost fringe benefits; past and future pain and suffering; past and future mental anguish; disability; loss of physical function; loss of ability to enjoy life; loss of ability to pursue happiness; inconvenience; embarrassment, and any other damages recoverable under law.

XVI.

Upon becoming sick, sore, lame and injured, complainant became entitled to maintenance benefits from Schlumberger, at the rate of $45.00 per day until such time as he reaches maximum medical cure, for all medical care and cure required, and for all damages, punitive and compensatory, and attorney's fees recoverable under the general maritime law in default thereof.

XVII.

Complainant is entitled to and prays for trial by jury.

WHEREFORE, complainant, Robert Wheeler, prays that defendants be duly cited to appear and answer the complaint, and after due proceedings had, there be judgment rendered in favor of Complainant, Robert Wheeler, against defendants, Transocean Offshore USA, Inc., Freeport McMoRan Exploration & Production, LLC, and Schlumberger Technology Corporation, in the amount of THREE and ONE HALF MILLION AND NO/100 ($3,500,000.00), in damages, maintenance and cure and all other recovery under the maritime law, together with legal interest thereon, from date of injury, and for all costs of these proceedings.

Complainant further prays for trial by jury.

                        RESPECTFULLY SUBMITTED,

                        **SHEARMAN~DENENEA, L.L.C.**

                        **/s/ John H. Denenea, Jr.**
                        _____
                        **JOHN H. DENENEA, JR. (#18861)**
                        **BRIAN G. SHEARMAN (#19151)**
                        4240 Canal Street
                        New Orleans, LA   70119
                        Telephone: (504) 304-4582
                        Fax (504) 304-4587
                        jdenenea@midcitylaw.com
                        *Attorneys for Complainant Robert Wheeler*

**PLEASE SERVE THE COMPLAINT ON:**

**Transocean Offshore USA, Inc.**
Through its agent for service of process:
CAPITOL CORPORATE SERVICES, INC.
8550 UNITED PLAZA BUILDING II, STE. 305
BATON ROUGE, LA 70809


**Freeport McMoRan Exploration & Production, LLC**
Through its agent for service of process:
CORPORATION SERVICE COMPANY
501 LOUISIANA AVENUE
BATON ROUGE, LA 70802


**Schlumberger Technology Corporation**
Through its agent for service of process:
NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816